# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LARRY LATIMORE,<br><br>      Petitioner,<br><br>  vs.<br><br>CLARK E. DUCART, Warden, California State Prison, Pelican Bay,<br><br>      Respondent. | Case No: C 11-5527 SBA<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Dkt. 4 |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **August 15, 2014**, in which to file and serve either a motion to dismiss or an answer to the petition for writ of habeas corpus. If respondent files a motion to dismiss, the parties shall brief the motion in accordance with Civil Local Rules 7-2 and 7-3. If respondent file an answer, the traverse shall be filed within thirty days of the filing of the answer.

IT IS SO ORDERED.

Dated: June 16, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge