UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY LATIMORE,<br><br>    Petitioner,<br><br>    vs.<br><br>FRED FOULK, Warden, California State Prison, California Men's Colony, High Desert State Prison,<br><br>    Respondent. | Case No: C 11-5527 SBA<br><br>**ORDER GRANTING MOTIONS FOR EXTENSION OF TIME AND TO SUBSTITUTE RESPONDENT**<br><br>Dkt. 6, 10 |

GOOD CAUSE being shown, the Court hereby grants Petitioner's request for an enlargement of time up to and including October 13, 2014, in which to file his Traverse. The Court also grants Petitioner's request to substitute Fred Foulk in place of Clark E. DuCart as the Respondent.

IT IS SO ORDERED.

Dated: 9/11/14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge