1  Robert J. Beles Bar No. 41993
   Paul McCarthy Bar No. 139497
2  Manisha Daryani Bar No. 272992
   One Kaiser Plaza, Suite 2300
3  Oakland, California 94612-3642
   Tel No. (510) 836-0100
4  Fax. No. (510) 832-3690

5  Attorneys for *Petitioner*

6

7

8                      United States District Court
                        Northern District of California
9                         Oakland Courthouse

10
      LARRY LATIMORE,                    No. **4:11-CV-05527-SBA**
11
                    *Petitioner,*         ORDER GRANTING ELEVEN DAY
12         vs.                            EXTENSION OF TIME TO FILE
                                          TRAVERSE AND REPLY MEMORANDUM
13    CLARK DUCART, Warden, California State
      Prison, Pelican Bay,
14
                    *Respondent.*
15
      PEOPLE OF THE STATE OF CALIFORNIA,
16
                    *Real Party in Interest.*
17

18              ORDER GRANTING  ELEVEN DAY EXTENSION OF
               TIME TO FILE TRAVERSE AND REPLY MEMORANDUM
19
            Good cause appearing, this court grants petitioner an eleven day extension of time to
20
   file his traverse and reply memorandum.  Petitioner may file these documents on or before
21
   Monday, November 24, 2014.  No further extensions of time will be granted absent exigent
22
   circumstances.  This Order terminates Dkt. 12 and 15.
23
            Dated: November 14, 2014
24

25

26                                        _Saundra B Armstrong_
                                          Saundra Brown Armstrong
27                                        United States District Court

28
                                          1